**FILED**
JUN 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF MARYLAND

08-376-M 01

| UNITED STATES OF AMERICA vs. WIGGINS, TERRY D | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| | N0429553 MY54 | 06/21/2006 |
| Defendant | DRIVE W/SUSPENDED LIC | |

RECEIVED U.S. MARSHAL BALTIMORE MD 2006 SEP 18 P 1:29

06-3391M    FTA 8/23/06

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ __MUST APPEAR__ may be Forfeited in Lieu of Appearance.

Date 8/24/2006

_____
United States Magistrate Judge
HON. THOMAS M DIGIROLAMO

## RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
| | | |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| DATE | LOCATION |
|---|---|
| | |

Name: Julie Carrillo    Title: DUSM    District: D/DC
Date: 6/12/08    Signature: Julie Carrillo

# UNITED STATES DISTRICT COURT
## District of Maryland

UNITED STATES OF AMERICA

v.

TERRY WIGGINS

08-376-M 01

CRIMINAL COMPLAINT

CASE NUMBER 06-3391M

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about June 21, 2006, in Prince George's County, in the District of Maryland, on lands within the special maritime and territorial jurisdiction of the United States, defendant did, knowingly, willfully and intentionally

1. drive a vehicle on a highway and on private property used by the public in general while his privilege to drive was suspended, in violation of 18 U.S.C. § 13 and §16-303 of the Maryland Transportation Article.

I hereby certify that I am a federal police officer, and that the facts upon which this complaint is based are as follows:

On June 21 2006, at about 10:20 a.m., *[CPL. SANTANGELO was]* I was working at the visitor's gate at the National Maritime Intelligence Center, located on lands within the special maritime and territorial jurisdiction of the United States in Suitland, Maryland. The defendant drove up to the gate in a white Ford F150 pick-up truck to enter the property. I asked him for his driver's license. He showed *he* a District of Columbia non-driver's identification card. I ran a check of the defendant's license status, which came back as suspended. Since then, I have confirmed that the District of Columbia has suspended his privilege to drive.

*Cpl. Santangelo was*   *Cpl. Santangelo advised me of the situation. was*

CPL. Matthew Sheldon #267
~~Officer A. Santangelo~~, ONI Police, 301-669-5555
CPL M. SHELDON

Sworn to before me and subscribed in my presence,

8-23-06                                         at Hyattsville, Maryland
Date

United States Magistrate Judge
United States District Court

_____
Signature of Judicial Officer

**FILED**

JUN 12 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

08-376-M 01

# United States District Court
## Violation Notice

| Violation Number | Official Name (Print) | Officer No. | CVB Location Code |
|---|---|---|---|
| N 0429553 | SANTANGELO | 318 | MY54 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 1020  06-21-2006 | 16-303(c) |

Place of Offense: 4251 SUITLAND RD WASHINGTON DC 20395 ONI

Offense Description: Driving on Suspended License and Privileges

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| WIGGINS | TERRY | D |

Phone ( )

N 0429553

**VEHICLE DESCRIPTION**

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

**PAY THIS AMOUNT →**   $ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____

Date (mm/dd/yyyy) _____   Time (hh:mm) _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature: Terry Wiggins]

Original CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 21 June, 2006 while exercising my duties as a law enforcement officer in the P.G. District of MD

at approximately 1020 hashed Mr. Terry D. Wiggins enter the ONI facility and shew me a DC Id authorization card and bank card attempting to use the credit union. Since Mr. Wiggins was driving I asked him to display his drivers license at which he stated he left that at home. MILES NLETS was run on Mr Wiggins which shewed Mr Wiggins status as Suspended. Since Mr Wiggins he was cited for this offense. The vehicle he drove in was towed by Andrews Towing. This traffic stop was then cleared.

The foregoing statement is based upon
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06-21-2006  [signature: A. Santangelo]
            Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
            Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB Scan 7/5/2006