Rev 1/07

**FILED**
JUL 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Clerk's Office**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

Return Copy

____ FILED ____ ENTERED
____ LODGED ____ RECEIVED

JUL - 9 2008

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

Date: 07/08/08

Address of Other Court: USDC District of Maryland
Criminal Division
6500 Cherrywood Lane
Greenbelt, MD 20770

RE: CR 08-MJ-376

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

| ☑ Docket Sheet | ☐ Warrant of Removal |
| ☑ Complaint | ☐ Order of Removal |
| ☐ Minute Order Appointing Counsel | ☐ Detention Order |
| ☐ Corporate Surety Bond | ☑ Waiver of Removal |
| ☐ Personal Surety Bond | |
| ☑ Other: Blotters Filed on 06/12/08 and 06/19/08 | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _____
          Deputy Clerk